IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SYLVESTER SCOTT JOHNSON**                                          **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 1:13-cv-66-HSO-RHW**

**CITY OF MOSS POINT;**
**MOSS POINT POLICE DEPARTMENT;**
**RAY STANTON; JACKSON COUNTY ADULT**
**DETENTION CENTER; AND JACKSON**
**COUNTY, MISSISSIPPI**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accord with the Court's Order entered this date overruling Plaintiff's Objections [37, 38] and adopting the Magistrate Judge's Proposed Findings of Fact and Recommendations [35],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned case is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 31st day of July, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE